UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LILY HELEN KO | Case No. 16-mc-80107-KAW<br><br>**ORDER REQUIRING PAYMENT OF CIVIL CASE FILING FEE; INSTRUCTIONS TO CLERK**<br><br>Re: Dkt. No. 1 |

On May 19, 2016, Lily Helen Ko filed a declaration, and the Clerk opened this miscellaneous action based on the filing. The Court has reviewed Ms. Ko's filing and orders her to pay the civil case filing fee by no later than June 7, 2016. Upon receipt of the filing fee, the Clerk shall open a civil action and assign a case number.

IT IS SO ORDERED.

Dated: 05/26/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge