UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LILY HELEN KO | Case No. 16-mc-80107-KAW <br><br> **ORDER CLOSING MISCELLANEOUS ACTION** |

On May 19, 2016, Lily Helen Ko filed a declaration, and the Clerk opened this miscellaneous action based on the filing. On May 26, 2016, the Court issued an order requiring Ms. Ko to pay the civil case filing fee by no later than June 7, 2016 in order to have a civil action opened by the Clerk of the Court. On June 1, 2016, Ms. Ko filed another letter, but did not remit the filing fee. To date, the filing fee has not been received.

Accordingly, the Court orders that the miscellaneous action be closed.

IT IS SO ORDERED.

Dated: July 20, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge